IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action: 25-cv-01660-CNS-KAS | Date: December 1, 2025 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| MARGARET DIETZ<br>**Plaintiff** | *Franciso Martinez* |
| v. | |
| OWNERS INSURANCE COMPANY<br>**Defendant** | *Muliha Khan* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:01 p.m.

Appearance of counsel.

The Court outlines the arguments of the parties as to [11] Defendant Owners Insurance Company's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 8.

As outlined on the record, it is

**ORDERED:** **[11] Defendant Owners Insurance Company's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 8 is DENIED.**

Discussion held on conferral, local rules, the Court's practice standards, and settlement discussions.

**ORDERED:** **Settlement conference with the magistrate judge is authorized.**

Discussion held on the Court's summary judgment procedures, discovery, and Final Pretrial Conference.

Court in Recess:  1:22 p.m.          Hearing concluded.          Total time in Court:  00:21